IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | (WO) |
| v. | ) | CASE NO. 2:04-cr-163-F |
| | ) | |
| RICHARD MANN DANIELS, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This cause is before the Court on the defendant's Petition to Allow Defendant to Receive Credit for Time Served (Doc. #58), filed August 16, 2005. In this motion, the defendant requests that "this Honorable Court will grant the Defendant credit for time served while awaiting disposition of this matter." However, determination and application of credit for time served is clearly within the purview of the Bureau of Prisons and not the sentencing judge. *See, e.g. United States v. Wilson*, 503 U.S. 329 (1992). Therefore, although the Court is confident that the defendant will get all appropriate credit for time served pursuant to 18 U.S.C. § 3585(b), it is hereby

ORDERED that the Petition to Allow Defendant to Receive Credit for Time Served is DENIED.

DONE this 18th day of August, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE