IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:04cr163-MEF |
| | ) | |
| RICHARD MANN DANIELS | ) | |

## ORDER

On August 6, 2007, pursuant to Fed. R. Crim. P. 32.1, the Court held a preliminary and detention hearing. Based on the evidence presented at the hearing, the Court finds that there is probable cause to believe that the defendant has violated the conditions of his release. The Court further finds that the defendant has not met the burden established under Fed. R. Crim. P. 32.1(a)(b) and will be detained pending a final revocation hearing. Accordingly, it is

ORDERED that Defendant be held to answer the charges against him in this court.

Done this 7th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE