AO 245D     (Rev. 12/03) Judgment in a Criminal Case for Revocations
            Sheet 1

# UNITED STATES DISTRICT COURT

__MIDDLE__  District of  __ALABAMA__

UNITED STATES OF AMERICA  
V.

RICHARD MANN DANIELS

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number:      2:04CR163-MEF
USM Number:       11505-002

__Joseph E. Sawyer, Jr.__
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X  was found in violation of condition(s) __1, 2 and 3__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Defendant shall not commit another federal, state or local crime | 7/25/2007 |
| 2. | Defendant shall not commit another federal, state or local crime | 7/25/2007 |
| 3. | Defendant shall not commit another federal, state or local crime | 7/03/2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: __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__

Defendant's Date of Birth: __1972__

Defendant's Residence Address:
__Glenwood, Alabama__

Defendant's Mailing Address:
__Glenwood, Alabama__

__August 17, 2007__
Date of Imposition of Judgment

Signature of Judge

MARK E. FULLER, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

21 August 2007
Date

| | | Judgment — Page 2 of 2 |
|---|---|---|
| DEFENDANT: | RICHARD MANN DANIELS | |
| CASE NUMBER: | 2:04CR163-MEF | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

**Twenty four (24) months.**

X   The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.
The Court further recommends that defendant be designated to a facility where BOP can evaluate defendant's current medical condition and provide medical, psychological or drug treatment through BOP.**

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

  ☐   at  _____  ☐ a.m.  ☐ p.m.  on  _____ .

  ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐   before 2 p.m. on _____ .

  ☐   as notified by the United States Marshal.

  ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL